UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------- X

UNITED STATES OF AMERICA :

- v. - :

JENNIFER PERCIVAL, :

Defendant. :

--------------------------- X

**NOTICE OF INTENT TO FILE AN INFORMATION**

26 Cr. ___ ( )

26 CRIM 424

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
August __, 2026

JAMES M. MCDONALD
United States Attorney
Southern District of New York

By: ______________________________
KEVIN MEAD / JERRY FANG
Assistant United States Attorneys

AGREED AND CONSENTED TO:

By: ______________________________
MICHAEL LOW BLOCH
Attorney for Jennifer Percival